DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN D. WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-675

[September 9, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, Judge; L.T. Case No. 13-010729CF10A.

Steven D. Wilson, Orlando, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***